of Appeals for the Sixth Circuit denied. *Edward F. Prichard, Jr., Colvin P. Rouse* and *Frank E. Wood* for petitioners. *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 1114. CUDAHY PACKING CO. *v.* UNITED STATES. May 20, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Vincent O'Brien* for petitioner. *Solicitor General McGrath, Sewall Key* and *Robert N. Anderson* for the United States.

No. 1123. HARTZBERG ET AL., DOING BUSINESS AS J. & L. HARTZBERG, *v.* NEW YORK CENTRAL RAILROAD Co. May 20, 1946. Petition for writ of certiorari to the Supreme Court of New York, County of New York, denied. *Henry H. Shepard* and *Joseph M. Proskauer* for petitioners. *Frederick L. Wheeler* and *C. Austin White* for respondent.

No. 1136. SWIFT & Co. *v.* HERZIG, ADMINISTRATRIX. May 20, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Harold R. Medina* for petitioner. *Maurice Edelbaum* for respondent.

No. 1141. HILL *v.* BALTIMORE & OHIO RAILROAD Co. May 20, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Royal W. Irwin* for petitioner. *Edward W. Rawlins* for respondent.